STATE of Missouri, Respondent,

v.

**Maurice A. MARSHALL, Appellant.**

**No. WD 41566.**

Missouri Court of Appeals,
Western District.

May 15, 1990.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 3, 1990.

David Samuel Durbin, Appellate Defender, Terri L. Backhus, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and CLARK and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from conviction of burglary in the second degree, § 569.170, RSMo 1986, and from sentence of three years imprisonment.

Affirmed. Rule 30.25(b).

Robert Vincent NESTER, Respondent,

v.

**Mary Louise NESTER, Appellant.**

**No. WD 42476.**

Missouri Court of Appeals,
Western District.

May 15, 1990.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 3, 1990.

Patricia L. Hughes of Hale, Kincaid, Waters & Allen, P.C., Liberty, for appellant.

Thomas E. Hankins, Gladstone, for respondent.

Before MANFORD, P.J., and KENNEDY and ULRICH, JJ.

ORDER

PER CURIAM:

Direct appeal from a decree of dissolution of marriage.

Judgment affirmed. Rule 84.16(b).